UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **SHERRY ANN FUDGE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:16-cv-00804 |
| | ) CHIEF JUDGE CRENSHAW |
| **NANCY BERRYHILL,**[1] | ) |
| **Acting Commissioner of Social Security,,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

The referral to the Magistrate Judge (Doc. No. 3) is **VACATED.**

For the reasons set forth in the accompanying Memorandum Opinion, Sherry Ann Fudge's Motion for Judgment on the Administrative Record (Doc. No. 14) is **DENIED** and the decision of the Social Security Administration is **AFFIRMED**.

The case is **DISMISSED**. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Nancy Berryhill became Acting Commissioner for the Social Security Administration on January 23, 2017.